IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PETER J. MIRRAS, | 3:11-CV–01237-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Plaintiff filed his Complaint (#2) on October 13, 2011. On February 29, 2012, the Court issued an Order to Show Cause in writing by March 19, 2012, why this action should not be dismissed for failure to serve Defendant. On March 20, 2012, Plaintiff filed a Motion for Appointment of Counsel and a Motion for Extension of Time (#8). On March 27, 2012, the Court issued an Order (#9) denying Plaintiff's Motion for Appointment of Counsel, granting Plaintiff's Motion for Extension of Time, and deferring further consideration of whether to dismiss this action until May 18, 2012, to allow Plaintiff sufficient time either to acquire legal assistance or to prosecute this matter himself. On May 18, 2012, Plaintiff filed a response (#10) to the Order to Show Cause, which the Court construed as a Motion for Extension of Time. The Court issued another Order to Show Cause (#12) granting Plaintiff one more extension of time to either acquire legal assistance or to prosecute this matter. The Court advised Plaintiff if he did not move the matter forward by serving Defendant and filing proof of service with the Court by August 1, 2012, the Court would

dismiss this action for failure to prosecute. A copy of the Show Cause Order was mailed to Plaintiff on May 31, 2012.

To date Plaintiff has failed to provide proof of service to this Court. The Court, therefore, **DISMISSES** this matter **with prejudice.**

DATED this 8th day of August, 2012.

*[signature]*
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL